FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy              DEPUTY

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES L. MILLER,<br><br>Plaintiff,<br><br>v.<br><br>DR. AMIR KASHANI, et al.,<br><br>Defendants. | Case No. CV 12-5649 CAS (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DECLARING PLAINTIFF JAMES L. MILLER A VEXATIOUS LITIGANT |

Pursuant to 28 U.S.C. § 636, the Court has completed its de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Plaintiff James L. Miller ("Plaintiff") has waived his right to object to the factual findings in the R&R by failing to file Objections in the required time and manner. *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007).

IT IS ORDERED that:

1. The Court accepts the findings and recommendation of the R&R.
2. Judgment shall be entered dismissing the complaint with prejudice.
3. Plaintiff is declared to be a vexatious litigant and is barred from filing any future actions arising from the alleged medical malpractice that occurred in July 2007 without the prior written approval of this Court.

1      4.     Any and all other pending motions are denied as moot and terminated.

2           IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: September 14, 2012

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE