JS - 6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP I 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP I 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES L. MILLER, | ) Case No. CV 12-5649 CAS (AN) |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| DR. AMIR KASHANI, et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

*Christine A. Snyder*

Dated: September 14, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE