JS - 6

*[Stamps: ENTERED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, SEP 17 2012, CENTRAL DISTRICT OF CALIFORNIA, BY Shy DEPUTY]*

*[Stamp: FILED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, SEP 17 2012, CENTRAL DISTRICT OF CALIFORNIA, BY Shy DEPUTY]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES L. MILLER,<br>　　　Plaintiff,<br>　　v.<br>DR. AMIR KASHANI, et al.,<br>　　　Defendants. | Case No. CV 12-5649 CAS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

*/s/ Christina A. Snyder*

Dated: September 14, 2012

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE